**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | Case No. 18-00112-WS |
| | * | |
| **PACIANO RODRIGUEZ** | * | |

**POSITION OF THE UNITED STATES
WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the United States of America, by and through Richard W. Moore, United States Attorney for the Southern District of Alabama, and hereby gives notice that it has no objections to the Presentence Investigation Report, prepared August 1, 2018.

          RICHARD W. MOORE
          UNITED STATES ATTORNEY
          by:

          */s/ George F. May*
          George F. May (mayg0534)
          Assistant United States Attorney
          United States Attorney's Office
          63 South Royal Street, Suite 600
          Mobile, Alabama 36602
          Telephone: (251) 441-5845
          Facsimile: (251) 441-5277